IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KERANS,

    Plaintiff

v                                      Civil: C-1-01-565

PORTER PAINTS,

    Defendant

**ORDER**

Parties are advised that Trial in the above styled case is RESCHEDULED to the JANUARY 2004 trial term. Counsel shall file their Joint Pretrial Order on or before December 5, 2003.

**IT IS SO ORDERED.**

                                                                                               s/Herman J. Weber
                                                                      **Herman J. Weber, Senior Judge**
                                                                      **United States District Court**