IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **SALLY KERANS,** : | |
| : | |
| Plaintiff, : | |
| : | Case No. C-1-01-565 |
| v. : | |
| : | Judge Weber |
| **PITTSBURGH ARCHITECTURAL** : | |
| **FINISHES, INC.,** : | |
| : | |
| Defendant. : | |

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Defendant Pittsburgh Architectural Finishes, Inc. respectfully requests that the Court continue the trial of this matter, which is currently scheduled for the January 2004 trial term. On October 28, 2003, the Court granted in part and denied in part Defendant's Motion for Summary Judgment. Accordingly, three of Plaintiff's claims remain to be tried.

Defendant requests that the Court continue the January 2004 trial date on the grounds that counsel for Defendant Alison Day Hall will be on maternity leave during the month of January. Attorney Hall will be on maternity leave from January through March 2004, and counsel has two previously scheduled trials set for the month of April 2004. Therefore, Defendant requests that the trial of this matter be set for the May 2004 trial calendar, or some date thereafter. In addition, the Parties intend to participate in mediation, and the requested continuance will allow sufficient time for the mediation to be completed before trial preparation becomes necessary. Counsel for Plaintiff has been notified about Defendant's request and has indicated that Plaintiff does not oppose this Motion.

Respectfully submitted,

/s/Richard J. Antonelli (by Alison Day Hall)
Richard J. Antonelli
Trial Attorney (admitted *pro hac vice*)
Littler Mendelson, P.C.
Dominion Tower
625 Liberty Avenue, 26th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412.201.7600
Fax:  412.456.2377

Alison Day Hall, Of Counsel (0068060)
Littler Mendelson, P.C.
Fifth Third Center
21 East State Street, 16th Floor
Columbus, Ohio 43215
Telephone: 614.463.4201
Fax: 614.221.3301
Attorneys for Defendant

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been filed via the electronic filing system on November 21, 2003.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/Alison Day Hall
Alison Day Hall

Columbus:26918.1 034801.2015