IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KERANS,

      Plaintiff

v                               Civil: C-1-01-565

PORTER PAINTS,

      Defendant

## ORDER

    Defendant's Unopposed Motion to Continue Trial Date (#36) is GRANTED.

    Trial in the above styled case is RESCHEDULED to the May 2004 trial term.  Counsel shall file their Joint Pretrial Order on or before April 5, 2004.

    **IT IS SO ORDERED.**

                         **____s/Herman J. Weber_____**
                         **Herman J. Weber, Senior Judge**
                         **United States District Court**