UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SALLY KERANS | : | Case No. C-1-01-565 |
| | : | J. Weber |
| Plaintiff, | : | Mag. J. Sherman |
| | : | |
| v. | : | |
| | : | |
| PORTER PAINTS | : | **JOINT MOTION FOR EXTENSION** |
| | : | **OF TIME TO EXCHANGE EXHIBITS** |
| Defendant. | : | |

Come now Plaintiff Sally Kerans and Defendant PPG Industries, Inc. d/b/a Porter Paints and request a short extension of time, until April 16, 2004, to exchange exhibits. This is the first request for such an extension of time and is posed in light of private mediation presently scheduled for April 8, 2004. The parties make this request in order to avoid spending substantially more attorneys' fees prior to this mediation. In the event that the mediation does not resolve this dispute, the parties will be prepared to present the case during the May trial term. For the foregoing reasons, the parties jointly and respectfully request an extension of time.

                                                Respectfully submitted,

| | |
|---|---|
| /s/Megan E. Clark | /s/Richard J. Antonelli, per telephone authorization |
| Megan E. Clark (0065159) | Richard J. Antonelli, Esq. |
| Randolph H. Freking (0009158) | Trial Attorney for Defendant |
| Trial Attorneys for Plaintiff Sally Kerans | Spilman, Thomas & Battle |
| FREKING & BETZ | 301 Grant Street, Suite 3440 |
| 215 East Ninth Street, Fifth Floor | Pittsburgh, PA 15219 |
| Cincinnati, OH 45202 | (412) 417-3030 |
| (513) 721-1975 | Fax: (304) 723-6986 |
| Fax: (513) 651-2570 | |
| mclark@frekingandbetz.com | |
| randy@frekingandbetz.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23rd, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Megan E. Clark