IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KERANS,
        Plaintiff

v                                       Civil C-1-01-565

PORTER PAINTS,
        Defendant.

## ORDER

The Joint Motion for Extension (#38) is GRANTED. The date for exchange of exhibits is hereby extended to April 16, 2004.

**IT IS SO ORDERED.**

                                                      **s/Herman J. Weber**
                                            Herman J. Weber, Senior Judge
                                               United States District Court

*Rev.5/01*