IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SALLY KERANS,
        Plaintiff

v                                 Civil C-1-01-565

PORTER PAINTS,
        Defendant.

## ORDER

Parties are advised that the above styled case is SCHEDULED for Jury Selection and Trial on Monday, May 24, 2004 at 9:00 a.m. Counsel shall appear with their client and/or a representative with settlement authority for a Final Pretrial Conference on Monday, May 17, 2004 at 9:00 a.m.

**IT IS SO ORDERED.**

                                          **_____s/Herman J. Weber_____**
                                           Herman J. Weber, Senior Judge
                                             United States District Court

*Rev.5/01*