IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KERANS,
        Plaintiff

v                                       Civil C-1-01-565

PORTER PAINT,
        Defendant.

## ORDER

Pursuant to the request of counsel, the Final Pretrial Conference in the above styled case is RESCHEDULED to Tuesday, May 18, 2004 at 9:00 a.m.

Counsel shall file their Joint Pretrial Order on or before May 10, 2004.

**IT IS SO ORDERED.**

                                              **s/Herman J. Weber**
                                    Herman J. Weber, Senior Judge
                                    United States District Court

*Rev.5/01*