IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **SALLY KERANS,** | : |
| Plaintiff, | : |
| | : Case No. C-1-01-565 |
| v. | : |
| | : Judge Weber |
| **PITTSBURGH ARCHITECTURAL FINISHES, INC.,** | : |
| Defendant. | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that David A. Kadela of the law firm of Littler Mendelson hereby enters his appearance in this action as counsel for Defendant Pittsburgh Architectural Finishes, Inc. in substitution for Alison Day Hall of the firm.

                              Respectfully submitted,

                              /s/David A. Kadela
                              David A, Kadela, Esq. (0036863)
                              Littler Mendelson, P.C.
                              Fifth Third Center
                              21 East State Street, Suite 1600
                              Columbus, Ohio  43215
                              Telephone:  614.463.4201
                              Fax:  614.221.3301
                              Email:  dkadela@littler.com

                              *Co-Counsel for Defendant*
                              *Pittsburgh Architectural Finishes, Inc.*

2

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing has been filed via the electronic filing system on May 5, 2004. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/ David A. Kadela
David A. Kadela

L:\PPG Industries\Kerans\Notice of Substitution of Counsel.doc