FILED
JAMES BONINI
CLERK

04 MAY 10 PM 3:59

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SALLY KERANS,

    Plaintiff,

v.

PITTSBURGH ARCHITECTURAL
FINISHES, INC.,

    Defendant.

Case No. C-1-01-565

Judge Weber

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.4(c) and General Order No. 98-1, David A. Kadela, counsel for Defendant PPG Architectural Finishes, Inc., hereby petitions this Court that Attorney Rebecca J. Dick-Hurwitz, of the law firm Spilman Thomas & Battle, PLLC, One Oxford Centre, Suite 3440, 301 Grant Street, Pittsburgh, PA 15219, be permitted to appear and participate as counsel for Defendant. Ms. Dick-Hurwitz is a member in good standing of the following bars: (a) the Pennsylvania Supreme Court, having been admitted on December 16, 1991 (a certificate of good standing from the Supreme Court of Pennsylvania is attached hereto); (b) the United States District Court for the Western District of Pennsylvania and the Eastern District of Michigan; and (c) the United States Courts of Appeal for the Third and Sixth Circuits.

        Respectfully submitted,

*/s/ David A. Kadela/*
David A, Kadela, Esq. (0036863)
Littler Mendelson, P.C.
Fifth Third Center
21 East State Street, Suite 1600
Columbus, Ohio  43215
Telephone:  614.463.4201
Fax:  614.221.3301
Email:  dkadela@littler.com
Counsel for Defendant
Pittsburgh Architectural Finishes, Inc.

### CERTIFICATE OF SERVICE

I hereby certified that on this 7th day of May, 2004, a copy of the foregoing was served via regular U.S. Mail, postage pre-paid, upon:

    Megan E. Clark, Esq.
    Randolph H. Freking, Esq.
    Freking & Betz
    215 East Ninth Street, Fifth Floor
    Cincinnati, OH  45202

    Richard J. Antonelli, Esq.
    Rebecca Dick-Hurwitz, Esq.
    Spilman Thomas & Battle
    One Oxford Center, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

*/s/ David A. Kadela/*
David A. Kadela

Columbus:35795.1 034801.2015



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Rebecca J. Dick-Hurwitz, Esq.*

**DATE OF ADMISSION**

*December 16, 1991*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 30, 2004

*Patricia A. Nicola*
Patricia A. Nicola
Chief Clerk

Mon May 10 15:41:47 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 422797
Cashier           kjl

Tender Type   CHECK

Check Number: 53100650

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No     Acct
4661          1        6855XX

Amount              $    50.00

LITTLER MENDELSON

PRO HAC VICE C-1-01-565

Mon May 10 15:41:47 2004

Check No. 53100650
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661