```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

SALLY KERANS,

    Plaintiff

v.                                          C-1-01-565

PORTER PAINTS, et al,

    Defendant

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, reopen the action if settlement is not consummated. Parties are advised that the Final Pretrial Conference scheduled for May 18, 2004 and the May 24, 2004 trial date are Vacated.

    **IT IS SO ORDERED.**

                                                    s/Herman J. Weber

                                                    Herman J. Weber, Senior Judge

                                                    United States District Court